| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000  FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>YVONNE GIOVANNA STEWART<br><br>Debtor(s) | Chapter: 13<br><br>Case Number: **6:19-bk-18155-SY**<br><br>**CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE**<br><br>[No Hearing Required] |
|---|---|

The Chapter 13 Trustee, having reviewed the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on **5/25/2022** as docket entry number **115** provides the following response to the Application:

☐ RECOMMENDED WITHOUT CONDITION.

☒ RECOMMENDED on the following conditions:

The Trustee has no objection to the $350 fees that Counsel seeks for the Opposition to the Motion to Dismiss, however, fees do not appear to be warranted for the other two motions filed that were ultimately denied and it is unclear whether it was of any benefit to the estate. The Trustee recommends awarding $350 only.

☐ NOT RECOMMENDED for the following reasons:

☐ See attached sheet

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE.

☐ SET FOR HEARING.

Respectfully submitted,

Dated: 05/31/2022

*/s/ Rod Danielson*
Rod Danielson, Chapter 13 Trustee

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:141 - 05/31/2022 - SJL
December 2017

Page 2

3015-1.11.TRUSTEE.COMMENT.FEES

| In re: YVONNE GIOVANNA STEWART | Chapter: 13 |
|---|---|
| Debtor(s) | Case Number: **6:19-bk-18155-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6-1-22, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**BEN@HESTONLAW.COM**

☐ Service Information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On 6-1-22, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
YVONNE GIOVANNA STEWART
412 NAYLOR AVENUE
TAFT, CA 93268

☐ Service Information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on 6-1-22, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

HONORABLE SCOTT H. YUN
3420 TWELFTH STREET
COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6-1-22 | Susan Jones | _(signed)_ Susan Jones |
|---|---|---|
| Date | Type Name | Signature |