| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>BENJAMIN R. HESTON, ESQ.<br>HESTON & HESTON, Attorney at Law<br>19700 Fairchild Road, Suite 280<br>Irvine, CA 92612<br>(949) 222-1041 Telephone<br>(949) 222-1043 Facsimile<br>ben@hestonlaw.com<br>SBN: 297798<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 17 2022**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Mason    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re<br><br>YVONNE GIOVANNA STEWART,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:19-bk-18155-SY<br>CHAPTER: 13 |
|---|---|
| | **ORDER ☐ GRANTING  ☒ DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based on the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on *(date)* 5/25/2022 as docket number 115, the court orders as follows:

1. ☐ The Application is granted and the Attorney for Debtor is allowed the sum of $0 as compensation for Additional Services and the sum of $0.00 in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of $0 from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: *(date)* _____ at *(time)* _____.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                                    Page 1                    F 3015-1.19.ORDER.CH13.FEES.DMCON

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☒ The Application is denied. <u>The opposition was withdrawn and the trustee's unopposed motion to dismiss the case was granted.</u>

5. ☐ Other (specify):

### 

Date: June 17, 2022

Scott H. Yun
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 3015-1.19.ORDER.CH13.FEES.DMCON**